UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | |
| **IN THE MATTER OF THE SEARCH OF THE** ) | No. 4:21 MJ 5014 NAB |
| **PREMISES OF 2 CHANTILLY COURT, LAKE** ) | **FILED UNDER SEAL** |
| **ST. LOUIS, MO 63367. FURTHER DESCRIBED** ) | |
| **AS: A TWO-STORY RED BRICK HOUSE** ) | |
| **WITH WHITE SHUTTERS AND WHITE** ) | |
| **COLUMNS IN THE FRONT WITH AN** ) | |
| **ATTACHED TWO-CAR GARAGE.** ) | |
| **HEREINAFTER IDENTIFIED AS "THE** ) | |
| **PREMISES." THIS PREMISES IS IDENTIFIED** | |
| **IN ATTACHMENT A.** | |

## GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Matthew T. Drake, Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the search warrant(s) along with the application, affidavit, return and other related documents filed in this matter.

Dated this 19th day of April 2021.

Respectfully submitted,

SAYLOR A. FLEMING
United States Attorney

 s/Matthew T. Drake
MATTHEW T. DRAKE, #46499MO
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: )<br>)<br>**IN THE MATTER OF THE SEARCH OF THE** )<br>**PREMISES OF 2 CHANTILLY COURT, LAKE** )<br>**ST. LOUIS, MO 63367. FURTHER DESCRIBED** )<br>**AS: A TWO-STORY RED BRICK HOUSE WITH** )<br>**WHITE SHUTTERS AND WHITE COLUMNS IN** )<br>**THE FRONT WITH AN ATTACHED TWO-CAR** )<br>**GARAGE. HEREINAFTER IDENTIFIED AS** )<br>**"THE PREMISES." THIS PREMISES IS** )<br>**IDENTIFIED IN ATTACHMENT A.** )  | No. 4:21 MJ 5014 NAB<br>**FILED UNDER SEAL** |

## ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Matthew T. Drake, Assistant United States Attorney for said District, requesting the unsealing of the search warrant(s) along with its affidavit, application and return and other related documents.

IT IS ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed, be unsealed.

_____
HONORABLE NANNETTE A. BAKER
United States Magistrate Judge

Dated this ____ day of April 2021.